In the

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

_____

May 2, 2007

**Before**

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 05-1823

| | |
|---|---|
| IRMA ALEXANDER, Special, Administrator of the Estate of CHRISTEN CRUTCHER, deceased, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division, |
| *Plaintiff-Appellant,* | |
| *v.* | No. 00 C 2907 |
| MOUNT SINAI HOSPITAL MEDICAL CENTER, SINAI HEALTH SYSTEM, d/b/a MOUNT SINAI HOSPITAL MEDICAL CENTER OF CHICAGO, SINAI MEDICAL GROUP, et al., | Charles P. Kocoras, *Judge.* |
| *Defendants-Appellees.* | |

**ORDER**

Our opinion in the above captioned case, issued on April 24, 2007, is modified as follows:

1. On page 2, line 12, change "directed verdict" to "entry of judgment as a matter of law".

2. On page 14, section II, line 2, change "a directed verdict" to "judgment as a matter of law".

3. On page 19, last line, change "a directed verdict." to "judgment as a matter of law."

4. On page 20, section B, line 1, change "directed verdict" to "judgment entered".

5. On page 22, line 14, change "a directed verdict" to "judgment as a matter of law".

6. On page 23, in the sixth line of the first full paragraph, the phrase "directed the verdict" should be changed to "entered judgment as a matter of law".

7. On page 23, in line 11 of the first full paragraph, replace the passage beginning with "For a state law claim" and ending with the end of that paragraph, with the following:

We review *de novo* the district court's grant of judgment as a matter of law. *Murray v. Chicago Transit Auth.*, 252 F.3d 880, 886 (7th Cir. 2001). *See also Mayer v. Gary Partners & Co., Ltd.*, 29 F.3d 330, 334 (7th Cir. 1994) (holding that, in diversity cases, all standards of appellate review are governed by federal law). Under Rule 50, a court should grant judgment as a matter of law when a party has been fully heard on an issue and there is no legally sufficient evidentiary basis for a reasonable jury to find for that party on that issue. *Murray*, 252 F.3d at 886. The standard for granting judgment as a matter of law mirrors the standard for granting summary judgment. Thus, we must view the evidence and all reasonable inferences drawn from that evidence in the light most favorable to the party against whom judgment was granted. *Murray*, 252 F.3d at 886-87.

8. On page 25, line 9, change "directed verdict" to "entry of judgment as a matter of law".

9. On page 25, line 12, change "direct the verdict" to "enter judgment".

9. On page 25, lines 25-26, change "a directed verdict" to "judgment as a matter of law".

SO ORDERED.